IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTIRCT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DANIELA RUIZ** | § | |
| | § | |
| VS. | § | C.A. NO. 4:09-CV-01392 |
| | § | |
| **BRIDGESTONE AMERICAS TIRE** | § | |
| **OPERATIONS, LLC DBA** | § | |
| **BRIDGESTONE FIRESTONE NORTH** | § | |
| **AMERICAN TIRE** | § | |

## AGREED FINAL JUDGMENT

On this day, all claims of Plaintiff DANIELA RUIZ ("Plaintiff") against Defendant BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, F/K/A BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, SUCCESSOR TO BRIDGESTONE/ FIRESTONE, INC. ("Bridgestone Americas") in the above-referenced lawsuit came before the Court for a final adjudication. The parties to this Agreed Final Judgment are:

"Plaintiff": Plaintiff DANIELA RUIZ;

and

"Bridgestone Americas": Settling Defendant BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, F/K/A BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, SUCCESSOR TO BRIDGESTONE/ FIRESTONE, INC.

1.  Counsel for Plaintiff and Bridgestone Americas appeared, announced ready for trial, waived a trial by jury, and announced to the Court a settlement that fully and finally resolves all claims, demands, and causes of action that have been or could have been brought by Plaintiff against Bridgestone Americas and for all damages allegedly sustained by the Plaintiff

related to the incident made the basis of this lawsuit ("Incident").[1]

2. Plaintiff and Bridgestone Americas announced that a settlement had been made between Plaintiff and Bridgestone Americas on disputed claims. Bridgestone Americas denies any and all liability. The parties requested that the Court enter a judgment that Plaintiff take nothing from Bridgestone Americas.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff Daniela Ruiz TAKE NOTHING in this lawsuit against Defendant Bridgestone Americas and that taxable costs of court shall be paid by the party incurring same.

It is further ORDERED, ADJUDGED, and DECREED that Defendant Bridgestone Americas is fully relieved and discharged from any and all liability related to the Incident, including all claims that have been or could have been brought against Bridgestone Americas by Plaintiff as a result of the Incident.

It is further ORDERED, ADJUDGED, and DECREED that Plaintiff is denied all relief against Defendant Bridgestone Americas not expressly granted by this Agreed Final Judgment.

It is further ORDERED, ADJUDGED, and DECREED that any and all claims, subrogation claims, cross-claims and/or third-party claims for contribution that have been asserted or that may be asserted against Bridgestone Americas relating to the incident made the basis of this lawsuit are hereby dismissed with prejudice in their entirety.

SIGNED this 24th day of June, 2010.

_____
HON. UNITED STATES DISTRICT JUDGE

---

[1] The Court previously entered an order dismissing all claims against former defendant Bridgestone America, Inc. on June 26, 2009.

APPROVED AND AGREED:

By: _____
David L. Rumley
State Bar No. 00791581
Federal I.D. No. 18120

ATTORNEY-IN-CHARGE FOR PLAINTIFF,
DANIELA RUIZ

OF COUNSEL:

WIGINGTON RUMLEY DUNN, L.L.P.
Jeffrey G. Wigington
State Bar No. 00785246
Federal I.D. No. 16462
800 N. Shoreline, 14th Floor S. Tower
Corpus Christi, Texas 78401
(361) 885-7500 – Telephone
(361) 885-0487 – Facsimile

ATTORNEYS FOR PLAINTIFF,
DANIELA RUIZ

and

By:   */s/ T. Christopher Trent*
     T. Christopher Trent
     State Bar No. 20209400
     Federal ID No. 14244

Attorney-In-Charge for Defendant
BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC

OF COUNSEL:

JOHNSON, SPALDING, DOYLE, WEST
   & TRENT, L.L.P.
Sherry Bankhead
State Bar No. 24006791
Federal ID No. 23177
R. Todd Marshall
State Bar No. 00784528
Federal ID No. 16679
919 Milam Street, Suite 1700
Houston, Texas 77002
(713) 222-2323 – Telephone
(713) 222-2226 – Facsimile

Attorneys for Defendant
BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC

147078

4